# United States District Court
## Southern District of Georgia

DOMINIQUE D. MIKEL,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 620-007

SMITH T.C.; and SMOKE,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated February 21, 2020, the Report and Recommendations is

ADOPTED as the Court's opinion; therefore, Plaintiff's Complaint is DISMISSD without prejudice.

Furthermore, Plaintiff is DENIED in forma pauperis status on appeal. This case stands CLOSED.

02/21/2020
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
*(By) Deputy Clerk*